Annie Andrews, as Administratrix, etc., of Joseph T. Andrews, Deceased, Respondent, v. H. & H. Reiners, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Ocean Electric Railway Company for the Appointment of Three Commissioners, etc.— The issues raised by the answer of the property owners herein properly should be and indeed must be determined before the appointment of commissioners. If the defendant insists upon the issue, a referee will be appointed. Therefore the application will be held open until June 4, 1906. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Appraisal of the Estate of Samuel Perry Skinner, Deceased, etc.— Motion to resettle order granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Estate of Henry Waterman, Deceased.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Henry Koster, a Taxpayer of the City of Yonkers, Respondent, v. John H. Coyne, as Mayor of the City of Yonkers, and Others, Appellants.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

William J. Quinlan, Appellant, v. William J. Orr, Respondent.— Motion for reargument denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Annie M. Sadlier and Another, Appellants, v. The City of New York, Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Pellegrino Scarano, Respondent, v. Joseph Zirn, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Henry Bristow, as Administrator, etc., of Mary Goodrich, Deceased, Respondent, v. Eliza A. Brush and Henrietta G. Andrews, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Daniel Buckley and Others, Respondents, v. New York and Boston Dyewood Company, Appellant.— Order reversed, with ten dollars costs and disbursements, on the ground that the justice had no right to make the order punishing the defendant for contempt for the reason that he had adjourned the motion, and the case was not before him when he made the order, and he never heard the parties. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Dempsey, as Administrator, etc., of Joseph Dempsey, Jr., Deceased, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Laura Deringer, Respondent, v. The Colonial Life Insurance Company of America. Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Samuel Goldberg, Appellant, v. Lorimer Handkerchief Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor and Rich, JJ., concurred.

Adolph Goldstein and Harry Hochman, Respondents, v. The City of New York, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.